UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **CHARLIE C. CARTER,** ) | Case No.: 3:10-bk-08682-PMG |
| ) | Chapter 7 |
| **Debtor.** ) | |
| ) | |
| ) | |
| ) | |

**UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. §§ 707(a) AND 727(a)(8), AND REQUEST FOR CLERK TO HOLD DISCHARGE PENDING HEARING**

COMES NOW, Donald F. Walton, United States Trustee for Region 21, by and through his undersigned counsel, and moves this Court for entry of an Order dismissing this case, pursuant to 11 U.S.C. §§ 707(a) and 727(a)(8), and Federal Rule of Bankruptcy Procedure 4004(d), and in support thereof states:

1. On October 1, 2010, the Debtor filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code, thereby initiating the instant case. This case was converted to Chapter 7 on August 9, 2011 .

2. The Debtor already received a Chapter 7 discharge in a case filed within the last eight years. On April 4, 2003, the Debtor filed a case under Chapter 7 of the Bankruptcy Code in the Southern District of Ohio, bearing case number 3:03-bk-32754. The Chapter 7 discharge was entered in that case on July 29, 2003.

3. Pursuant to 11 U.S.C. § 727(a)(8), the Court shall not grant a discharge if a debtor has been granted a discharge in a case commenced within eight years before the date of the filing of the petition. Accordingly, the Bankruptcy Code prevents the Debtor from receiving a discharge in this case.

4. Rule 4004(d) expressly permits an objection to a debtor's discharge under 11 U.S.C. § 727(a)(8) by way of motion.

5. The matters set forth above constitute grounds for the dismissal of this case for cause under 11 U.S.C. § 707(a), because the Debtor cannot receive a discharge in this case. *See*, *e.g.*, *In re Hiatt*, 312 B.R.150 (Bankr. S.D. Ohio 2004).

6. The estimated time required for a hearing on the matters set forth herein is ten minutes.

WHEREFORE, the United States Trustee respectfully requests that the Court grant this Motion, enter an Order dismissing this case, and grant such other and further relief as the Court deems appropriate.

DATED:    October 27, 2011

                                    RESPECTFULLY SUBMITTED,

                                    DONALD F. WALTON
                                    UNITED STATES TRUSTEE
                                    REGION 21

                                    */s/   Timothy S. Laffredi*
                                    Timothy S. Laffredi, Trial Attorney
                                    Wisconsin Bar No.: 1055133
                                    Office of the United States Trustee
                                    U.S. Department of Justice
                                    135 W. Central Blvd., Suite 620
                                    Orlando, FL 32801
                                    Telephone No.:   (407) 648-6301, Ext. 130
                                    Facsimile No.:    (407) 648-6323
                                    Email: timothy.s.laffredi@usdoj.gov

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing, United States Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. §§ 707(a) and 727(a)(8), and Request for Clerk to Hold Discharge Pending Hearing, has been served on October 27, 2011, through CM/ECF on parties having appeared electronically in the instant matter, and by U.S. Mail on the Debtor at the following address:

CHARLIE C. CARTER
7065 St. Ives Court
Jacksonville, FL 32244

                                                                 /s/  Timothy S. Laffredi
                                                          Timothy S. Laffredi, Trial Attorney