UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

CHARLIE C. CARTER,

Debtor.

_____/

Case No.: 3:10-bk-08682-PMG
Chapter 7

## ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS CHAPTER 7 CASE WITHOUT PREJUDICE

This case came before the Court on the Motion by United States Trustee to Dismiss Chapter 7 Case (Docket No.: 51) (the "Motion"). The Debtor filed a Consent to the United States Trustee's Motion to Dismiss on November 03, 2011(Docket No.: 54).

It is ORDERED:

1. The Motion is granted, and the case is dismissed without prejudice.
2. The automatic stay is lifted.
3. The Debtor is not entitled to a discharge in this case pursuant to 11 U.S.C. § 727(a)(8).
4. The hearing currently scheduled for December 8, 2011 at 10:00 a. m. is cancelled.

DONE AND ORDERED on November 18, 2011.

PAUL M. GLENN
United States Bankruptcy Judge

Copies furnished to (service by BNC): All Creditors and parties in interest.